# Court of Appeals
# of the State of Georgia

ATLANTA,　July 25, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2264.  YVONNE HICKMAN v. NATHANIEL HICKMAN.**

Nathaniel Hickman and Yvonne Hickman were divorced in 2011.  Yvonne Hickman moved to set aside the divorce decree.  The trial court denied the motion, and Yvonne Hickman appealed to this Court.

The Georgia Supreme Court has jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Because the underlying subject matter of this appeal is divorce, it is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
　　　Clerk's Office, Atlanta, 07/25/2012
　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*